IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LANCE SHANON LAMBERT,
    Petitioner,

vs.                                  Case No. 3:08cv555/MCR/EMT

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____/

**O R D E R**

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis (Docs. 1, 6).

From a review of the inmate bank account records attached to Petitioner's in forma pauperis application, over the six-month period prior to filing his petition, Petitioner had an average total of $255.00 deposited into his account each month, and he had an account balance of $127.78 at the time he filed his habeas petition. Therefore, Petitioner shall be required to pay the $5.00 filing fee.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed in forma pauperis (Doc. 6) is **DENIED**. Petitioner shall submit payment of $5.00 to the clerk of this court within **THIRTY (30) DAYS** from the date of docketing of this order. The check should be made payable to "Clerk, U. S. District Court."

2. Petitioner's failure to either submit the filing fee or explain his inability to do so may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 16th day of January 2009.

                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**