**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LANCE SHANON LAMBERT,

    Petitioner,

vs.                                           Case No. 3:08cv555/MCR/EMT

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 11, 2009. (Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 15) is **GRANTED**.

3. The petition for writ of habeas corpus (doc. 1) is **DISMISSED** with prejudice as untimely.

**DONE AND ORDERED** this 11th day of December, 2009.

                                                           s/ *M. Casey Rodgers*
                                                           **M. CASEY RODGERS
                                                           UNITED STATES DISTRICT JUDGE**